# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| KATHLEEN WEBER, | : |
| DEBTOR. | : BANKRUPTCY NO.09-16489 SR |
| CHASE BANK USA, N.A., | : |
| PLAINTIFF | : |
| vs. | : |
| KATHLEEN WEBER, | : |
| DEFENDANT. | : ADVS. NO. 10-001 |

# ORDER

**AND NOW,** upon consideration of the Motion to Dismiss Complaint filed by defendant/debtor, Kathleen Weber, the Response filed thereto by Plaintiff, and after hearing thereon February 18, 2010, it is hereby:

**ORDERED** that for the reasons stated in the within Opinion, the Motion shall be and hereby is **DENIED.**

By the Court:

_Stephen Raslavich_
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: March 11, 2010

COPIES TO:

<u>Counsel for Plaintiff</u>
CYNTHIA L. GROFF, Esquire
Becket & Lee LLP
16 General Warren Blvd.
Malvern, PA 19355

<u>Counsel for Defendant</u>
MICHAEL H. KALINER, Esquire
Jackson,Cook,Caracappa & Bloom
312 Oxford Valley Road
Fairless Hills, PA 19030

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich